

**IN THE**
**TENTH COURT OF APPEALS**

**No. 10-23-00061-CR**

**IN RE ALLAN LATOI STORY**

**Original Proceeding**

**From the 19th District Court**
**McLennan County, Texas**
**Trial Court No. 2011-2499-C1**

## MEMORANDUM OPINION

Relator Allan Latoi Story, acting *pro se*, has filed a petition for a writ of mandamus seeking to compel the trial court to rule on his "Petition for Depositions Before Suit or to Investigate Claims." Story's petition for writ of mandamus is denied.

MATT JOHNSON
Justice

Before Chief Justice Gray,*
      Justice Johnson,[1] and
      Justice Smith
      *(Chief Justice Gray dissenting)
Petition denied
Opinion delivered and filed May 17, 2023
Do not publish
[OT06]



---

[1] This memorandum opinion was circulated by the authoring justice for review by the panel members on March 29, 2023.